JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK KEITH DIRDEN,<br><br>                    Petitioner,<br><br>              v.<br><br>STUART SHERMAN, Warden,<br><br>                    Respondent. | Case No. EDCV 15-2032-JLS (KK)<br><br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 6, 2016

HONORABLE JOSEPHINE L. STATON
United States District Judge